*Joe Hill Williams,* for Appellants.
*Knight & Knight,* for Appellee.

Hitiwell Johnson, Plaintiff in Error, v. State of Florida, Defendant in Error.

*P. B. Edwards,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State

Tampa Gas Company, a Corporation, Plaintiff in Error, v. William Charles Ballard, Etc., Defendant in Error.

*Sutton, Tillman & Reeves,* for Plaintiff in Error.
*Worth, Bivens & Lively,* for Defendant in Error.

John H. Flood, Appellant, v. George E. Deitz, *et al.,* Appellees.

*George W. Wylie, A. J. Maurer* and *F. J. Mack,* for the Motion.

State of Florida, *ex rel.* J. R. Mayo, *et al.,* Relators, v. The State Road Department of the State of Florida, Respondent.